| | |
|---|---|
| | UNITED STATES DISTRICT COURT |
| | EASTERN DISTRICT OF WASHINGTON |

| | |
|---|---|
| BRITTNEY CAUDLE o/b/o D.C., A MINOR CHILD,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of the Social Security Administration,<br><br>    Defendant. | No. 1:15-cv-03118-SAB<br><br>**ORDER GRANTING STIPULATED MOTION FOR REMAND** |

Before the Court is the parties' Stipulated Motion for Remand, ECF No. 18. The parties stipulate that the Commissioner's final decision should be reversed and remanded in accordance with sentence four of 42 U.S.C. § 405(g). The parties also stipulate that on remand the Appeals Council will direct a new Administrative Law Judge to provide new proceedings, reassess all medical evidence, including reassessing the opinions of treating pediatrician Dr. Pedrosa, reassess the extent of the claimant's limitations in all six domains and issue a new decision.

Accordingly, **IT IS HEREBY ORDERED:**

1. The parties' Stipulated Motion for Remand, ECF No. 18, is **GRANTED**.

2. The above-captioned case is **reversed** and **remanded** to the Appeals

**ORDER GRANTING STIPULATED MOTION FOR REMAND** ~ 1

Council to direct a new Administrative Law Judge to provide new proceedings, reassess all medical evidence, including reassessing the opinions of treating pediatrician Dr. Pedrosa, reassess the extent of the claimant's limitations in all six domains, and issue a new decision.

3. Upon proper application, Plaintiff is eligible for attorneys' fees under the Equal Justice Act, 28 U.S.C. § 2412 et seq.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to file this Order, provide copies to counsel, and close the file.

**DATED** this 20th day of May, 2016.



_____
Stanley A. Bastian
United States District Judge

**ORDER GRANTING STIPULATED MOTION FOR REMAND** ~ 2