# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

Brittney Caudle o/b/o D.C., a minor child,

*Plaintiff*

v.

Carolyn W Colvin

*Defendant*

Civil Action No. 1:15-cv-03118-SAB

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of ____ %, plus post judgment interest at the rate of ____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Parties' Stipulated Motion for Remand, ECF No. 18, GRANTED.
Case is reversed and remanded to the Appeals Council to direct a new Administrative Law Judge to provide proceedings.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge STANLEY A. BASTIAN on a stipulated motion for Remand, ECF No. 18, GRANTED. Case is reversed and remanded to Appeals Council.

Date: 05/20/2016

*CLERK OF COURT*

SEAN F. McAVOY

s/ Shelly Koegler

*(By) Deputy Clerk*

Shelly Koegler